**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **TEX PAT, LLC,** | § | |
| *Relator*, | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 5:10-cv-00197-TJW** |
| **FLOWSERVE CORPORATION, et al.,** | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORDER OF DISMISSAL

The Court, having considered the Stipulated Dismissal filed by the Parties herein, finds that the Parties have reached a settlement and that this action should be dismissed with prejudice to the refilling of same.

The Court hereby HOLDS and ORDERS that any and all claims by Relator Tex Pat, LLC ("Relator"), on behalf of itself, the United States and the general public, regarding defendants Flowserve Corporation's, Flowserve US Inc.'s, and Flowserve Management Company's (collectively, "Defendants") false marking or advertising or causing or contributing to false marking or advertising under 25 U.S.C. § 292 of the products enumerated in Relator's Amended Complaint are fully resolved and hereby dismissed with prejudice.

The Court hereby HOLDS and ORDERS that compliance with the terms of the Settlement Agreement between the Parties fully resolves any issue relating to Defendants' marking of its products enumerated in Relator's Amended Complaint.

The Court hereby HOLDS and ORDERS that Defendants and those acting in concert therewith and/or selling or advertising products manufactured by Defendants may have a

reasonable period of time in which to sell inventory, including the products enumerated in Relator's Amended Complaint that have been manufactured on or before the date of this order without further liability.

The Court hereby HOLDS and ORDERS that all claims asserted in this action, and all claims that could have been asserted in this action are hereby dismissed with prejudice.

SIGNED this 29th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE